IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff, | §<br>§<br>§ | Criminal No. JFM-01-304 |
| v. | §<br>§<br>§ | Motion For Modification<br>Of Sentence Pursuant To<br>18 U.S.C. §3582(c)(2) |
| | § | |
| CHARLES BYERS,<br>           Defendant. | §<br>§ | |

**MOTION FOR MODIFICATION OF AN IMPOSED TERM OF IMPRISONMENT
PURSUANT TO 18 U.S.C. SECTION 3582(c)(2)**

   **PLEASE TAKE NOTICE,** That on the ___th day of ___, 2008, at the hour of _____ a.m./p.m. or as soon thereafter as this matter can be heard in this court, before the Honorable J. Frederick Motz, United states District Court Judge, defendant, Charles Byers, will move this Court for an ORDER reducing his sentence of 420 months imprisonment on the grounds that the United States Sentencing Commission has retroactively lowered his sentencing range (Amendment 705).

   This Motion is based upon this document, Charles Byers' declaration in support hereof, the memorandum of points and authorities filed herewith, and on all the documents and pleadings of this case, and on all oral and documentary evidence to be presented presently and at the hearing of this motion.

1

Dated:     This 26 day of April, 2008.

                                              *Charles Byers*
                                              Charles Byers, In Pro Se
                                              F.C.I. Schuylkill
                                              P.O. Box 759
                                              Minersville, PA 17954

## CERTIFICATE OF SERVICE

I, Charles Byers, do hereby certify, that I have caused to to be mailed, via First class Mail, one (1) true copy of the enclosed documents, (3582 (c)(2) Motion)), to the addresses listed below:

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF BALTIMORE<br>NORTHERN DIVISION<br>ATTN: CLERK OF THE COURT<br>4415 U.S. COURTHOUSE<br>101 W. LOMBARD STREET<br>BALTIMORE, MD 21201 | OFFICE OF THE U.S. ATTORNEY<br>ATTN: THOMAS M. DIBIAGIO, USA<br>6625 U.S. COURTHOUSE<br>101 W. LOMBARD STREET<br>BALTIMORE, MD 21201 |

I certify that I have caused such by giving said documents to prison officials to be mailed on this 28 day of April, 2008.

*Charles Byers* (signature)
CHARLES BYERS #
F.C.I. SCHUYLKILL
P.O. BOX 759
MINERSVILLE, PA 17954