IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>v.<br><br>CHARLES BYERS,<br>　　　Defendant. | §<br>§<br>§ Criminal No. JFM-01-304<br>§<br>§ Declaration In Support Of<br>§ Charles Byers' 18 U.S.C.<br>§ Section 3582(c)(2) Motion<br>§<br>§ |

SWORN DECLARATION OF CHARLES BYERS, IN SUPPORT OF 18 U.S.C. SECTION 3582(c)(2) MOTION

I, **Charles Byers,** do hereby declare and certify, sworn in declaration thereof, that the following is true and correct:

1.　I am the moving defendant/party in the above captioned and presented case.

2.　That on Friday, April 18th, 2003, I was convicted and thus sentenced, via a plea of guilty, to violations of the laws of the United States, specifically, 21 U.S.C., § 846, Conspiracy to Distribute and Possess with Intent to Distribute **Cocaine Base,** Cocaine, and Herion.

3.　That under the former U.S.S.G. § 2D1.1, I was sentenced on April 18th, 2003, to 420 months imprisonment based upon a finding of 1.5 kilograms of **cocaine base possessed** and a base offense level of 38.

4.　That the Sentencing Commission has retroactively lowered

1

and amended said Section 2D1.1 of which has lowered [m]y [S]entencing Guideline Range.

5. Thereon, and herewith controlling Supreme Court [p]recedent, I respectfully request a [two (2) point [r]eduction] in my base offense level and subsequently reducing my overall sentence under the United States Guidelines proportionately therwith.

I declare, under the penalty of perjury, Title 28 U.S.C., §1746, that the foregoing is true and correct to the best of my knowledge and recall.

Dated:    This 26 day of April, 2008.

*Charles Byers*
Charles Byers, In Pro Se
F.C.I. Schuylkill
P.O. Box 759
Minersville, PA  17954