# UNITED STATES DISTRICT COURT
## ----------------DISTRICT OF MARYLAND----------------

UNITED STATES OF AMERICA     *

v.     *    Case No.:   JFM-01-304

CHARLES BYERS     *

### LINE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Enter my appearance as counsel in the case to preliminarily review Mr. Byer's pending *pro se* motion to reduce his sentence under 18 U.S.C. § 3582(c). I certify that I am admitted to practice in this Court.

JAMES WYDA
Federal Public Defender

Date: May 15, 2008

*Paresh S. Patel*
PARESH S. PATEL
Staff Attorney
Federal Public Defender's Office
6411 Ivy Lane, Suite 710
Greenbelt, Maryland 20770-1405
(301) 344-0600
Fax No. (301) 344-0019
E-mail: Paresh_Patel@fd.org